SHARON L. DOUGLASS MAYO (State Bar No. 150469)
sharon_douglass_mayo@aporter.com
VIKRAM SOHAL (State Bar No. 240251)
vikram_sohal@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

JS - 6

Attorneys for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARPO MUSIC PUBLISHING, EMI APRIL MUSIC INC., NOTTING DALE SONGS, INC., CHINGY MUSIC, EMPTY HOUSE MUSIC, MASS CONFUSION MUSIC AND WB MUSIC CORP.,<br><br>　　Plaintiffs,<br><br>v.<br><br>LEE SOON AEE,<br><br>　　　　Defendant. | Case No. 2:08-cv-05429-FMC-FMOx<br><br>JUDGMENT |

Defendant Lee Soon Aee ("Defendant") having failed to answer or otherwise respond to the Complaint in this action and his Default having been duly entered by the Clerk,

NOW, upon the Motion of the Plaintiffs and Good Cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

1. Damages in the sum of $3,000.00 for each count of copyright infringement, for a total of $9,000.00;

2. An injunction restraining Defendant and his respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with him, from publicly performing, or causing or permitting to be publicly performed, in his business establishment known as Terrace Restaurant (a/k/a Terrace NY Pizza), located at 443 E. Colorado Blvd., in Pasadena, in the state of California, or in any other place owned, controlled or operated by Defendant, any copyrighted musical composition owned by Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so;

3. Attorney's fees in the amount of **$2,898.00**;

4. Costs of this action; and

5. Interest as permitted by 28 U.S.C. section 1961.

Dated: January 21, 2009

_____
UNITED STATES DISTRICT JUDGE